In the Matter of JULE L. MAISEL et al., Appellants; JACOB J. SCHWARTZWALD et al., Respondents.

Argued October 6, 1941; decided November 19, 1941.

*Jule L. Maisel*, in person, and *George Sutter* for appellants.

*Louis B. Heller* for Jacob J. Schwartzwald et al., respondents.

*William C. Chanler, Corporation Counsel (Edward J. McGratty, Jr.,* and *Paxton Blair* of counsel), for Board of Elections, respondent.

Appeal dismissed, without costs, on the ground that the record does not present the general question of law which the appellants seek to bring up for review. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.